Howard D. Silver SBN 90398
Law Offices of Howard D. Silver
638 Lindero Canyon Road, Suite 421
Oak Park, CA 91377
T: (818) 597-2610
F: (818) 879-0862
E: hsilver283@aol.com

Attorneys for Plaintiff
Maryna Pylypchuk

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYNA PYLYPCHUK,<br><br>     Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; DOES 1 THROUGH 10, INCLUSIVE,<br><br>     Defendants. | Case No. 2:15-CV-03936-JFW (GJSx)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1).

Dated: August 19, 2015        LAW OFFICES OF HOWARD D. SILVER

                          By: /s/ Howard D. Silver__
                              HOWARD D. SILVER
                              Attorneys for Maryna Pylypchuk

Dated: August 19, 2015        NOKES & QUINN APC

                          By: /s/ Thomas P. Quinn, Jr.
                              THOMAS P. QUINN, JR.
                              Attorneys for Equifax Information Services, LLC